**No. 50377.**—Protests 60062–K, etc., of Mechanical Felt & Textiles Co. (New York).

Opinion by EKWALL, J.   In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein.   (See *John Barr* v. *United States*, 324 U. S. 83, decided February 5, 1945.)   In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries.   The protests were sustained to this extent.

**No. 50378.**—Protest 68537–K of J. L. Hammet Co. (New York).

Opinion by EKWALL, J.   In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the·holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein.   (See *John Barr* v. *United States*, 324 U. S. 83, decided February 5, 1945.)   In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the· collector on the entry.   The protest was sustained to this extent.

BEFORE THE FIRST DIVISION, JULY 26, 1945

**No. 50379.**—Petition 6286–R of R. Haber Linen Import Co. (Los Angeles).

Opinion by OLIVER, P. J.   At the trial the customhouse broker who prepared the entry in question testified that the undervaluation resulted from an oversight on his part.   In preparing the entry an incorrect figure was used, it being overlooked that an item for unsatisfactory goods had no relation to the value of the goods covered by the invoice in question.   It was held that the record clearly showed an entire lack of intention to defraud the revenue of the United States or to conceal or to misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise.   The petition was therefore granted.

BEFORE THE FIRST DIVISION, JULY 27, 1945

**No. 50380.**—Petition 6419–R of Deimel Linen Mesh System Co. (San Francisco).